IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADAM SHARPE,

    Plaintiff,                      No. 2:10-cv-2484 JFM (PC)

  vs.

HIGH DESERT STATE PRISON, et al.,

    Defendants.                   ORDER

                                    /

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On April 18, 2011, plaintiff filed a motion for a court order requiring prison officials to permit him to correspond with two inmates who he says were witnesses to facts relevant to the claims at bar. On April 22, 2011, defendants filed a statement of opposition to the motion. Defendants contend, <u>inter alia</u>, that plaintiff's motion is premature because prison regulations provide a process for inmates to request permission to correspond with other inmates and plaintiff has not yet either requested or been denied such permission.

        Good cause appearing, IT IS HEREBY ORDERED that plaintiff's April 18, 2011 motion is denied without prejudice to its renewal on a showing that he has requested permission

/////

/////

1

from prison officials to correspond with his inmate witnesses in accordance with prison regulations and that such permission has been denied.

DATED: May 2, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

12/kly
shar2484.corr