IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADAM SHARPE,

    Plaintiff,                           No. 2:10-cv-2484 JFM (PC)

    vs.

HIGH DESERT STATE PRISON, et al.,

    Defendants.                          <u>ORDER</u>

        /

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed September 13, 2011, this court granted plaintiff's motion for reconsideration of a prior order that denied without prejudice plaintiff's motion for a court order requiring prison officials to permit him to correspond with two inmates who he contends were witnesses to facts relevant to the claims at bar. In the September 13, 2011 order, the court construed plaintiff's motion for reconsideration as a request to take the depositions of these witnesses by written questions. So construed, the court granted the motion, gave plaintiff a period of thirty days in which to submit a list of proposed questions for two inmates, and set a schedule for filing objections to the proposed questions, proposed cross-examination questions, and objections to proposed cross-examination questions. <u>See</u> Order filed September 13, 2011, at 3.

On September 28, 2011, plaintiff filed proposed questions for inmate Tyrone Hill. On October 19, 2011, defendants filed objections to the proposed questions, and on November 2, 2011, plaintiff filed a response to defendants' objections.

This action is proceeding on plaintiff's claim that defendants are violating his rights under the Eighth Amendment through deliberate indifference to his need for adequate treatment of keratoconus eye disease, which, he alleges, is constant deterioration of the cornea. Complaint, filed September 15, 2010, at 3.  Plaintiff's complaint contains the following allegations.  His medical condition requires special contact lenses, which must be replaced every six months, and solution for the lenses. Id. at 3-4.  Without the lenses, his cornea deteriorate more rapidly and he is legally blind. Id. at 3-4.  On more than one occasion plaintiff has been without lenses for months waiting for transportation from High Desert State Prison (High Desert) to UCDavis Medical Center for replacement lenses.  While he is without the lenses his eyes deteriorate more rapidly and because he is legally blind he is "unusually vulnerable" in his prison placement. Id. at 4.  Staff at High Desert have also regularly neglected to refill his lens solution. Id.  Plaintiff is also being denied surgery that would treat the condition properly. Id. at 4-5.

Responses from inmate Hill to the questions proposed by plaintiff would assist only, if at all, with credibility determinations which are for a trier of fact.  The parties in this case have not yet filed motions for summary judgment.  If one or more such motions are filed, any responses obtained from inmate Hill would not assist in the disposition of such a motion.  For that reason, the court will not direct service of any of the written deposition questions proposed by plaintiff on Inmate Hill at this time.  Instead, the court will reset the deadline for filing motions for summary judgment to sixty days from the date of this order.  This order is without prejudice to plaintiff's right to renew a request to obtain testimony from inmate Hill should this matter proceed to trial.

In view of the above, IT IS HEREBY ORDERED that:

/////

1. No written deposition questions shall be served on inmate Tyrone Hill at this time;

2. This order is without prejudice to plaintiff's right to renew a request to obtain testimony from inmate Hill should this matter proceed to trial; and

3. The deadline for filing dispositive motions is extended to August 24, 2012.

DATED: June 29, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
shar2484.o

3